1  KAMALA D. HARRIS
   Attorney General of California
2  SARA J. DRAKE
   Senior Assistant Attorney General
3  NEIL D. HOUSTON, State Bar No. 168058
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-5476
6   Fax: (916) 327-2319
    E-mail: Neil.Houston@doj.ca.gov
7  *Attorneys for Defendant, State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,** | No. 2:14-cv-01939-TLN-CKD |
| Plaintiff, | **STIPULATED BRIEFING SCHEDULE FOR STATE OF CALIFORNIA'S RESPONSE TO COMPLAINT; ORDER** |
| v. | Judge:        The Honorable Troy L. Nunley<br>Trial Date:    None Set<br>Action Filed: 8/20/2014 |
| **STATE OF CALIFORNIA,** Defendant. | Previous stipulations or extensions: none |

   IT IS HEREBY STIPULATED by and between Plaintiff Estom Yumeka Maidu Tribe of the Enterprise Rancheria (Enterprise), and Defendant State of California (State), through their respective counsels of record, as follows:

   1)   The due date for the State's response to Enterprise's Complaint (Doc. 1), filed August 20, 2014 (Complaint), shall be extended as provided herein.

   2)   The due date for the State's motion to dismiss the Complaint shall be extended by 28 days, from September 17, 2014, to October 15, 2014.

3) Enterprise's opposition to the State's motion to dismiss the Complaint shall be due 28 days thereafter, on November 12, 2014.

4) The State's reply to Enterprise's opposition to the State's motion to dismiss the Complaint shall be due 14 days thereafter, on November 26, 2014.

5) The State's motion to dismiss the Complaint shall be heard on December 11, 2014, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above captioned court.

IT IS SO STIPULATED.

Dated: September 11, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General

/s/ NEIL D. HOUSTON

NEIL D. HOUSTON
Deputy Attorney General
*Attorneys for Defendant*

Dated: September 10, 2014                WILMER CUTLER PICKERING
                                         HALE AND DORR LLP

                                         /s/ CHRISTOPHER E. BABBITT (as
                                         authorized by counsel on 9/10/14)

                                         CHRISTOPHER E. BABBITT
                                         *Attorneys for Plaintiff*

Dated: September 10, 2014                MAIER PFEFFER KIM GEARY &
                                         COHEN LLP

                                         /s/ JOHN A. MAIER (as authorized by
                                         counsel on 9/10/14)

                                         JOHN A. MAIER
                                         *Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: September 11, 2014

_____
Troy L. Nunley
United States District Judge