1  KAMALA D. HARRIS
   Attorney General of California
2  SARA J. DRAKE
   Senior Assistant Attorney General
3  NEIL D. HOUSTON, State Bar No. 168058
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-5476
6    Fax: (916) 327-2319
     E-mail: Neil.Houston@doj.ca.gov
7  *Attorneys for Defendant, State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant. | No. 2:14-cv-01939-TLN-CKD<br><br>**AMENDED STIPULATION AND ORDER EXTENDING TIME FOR STATE OF CALIFORNIA'S RESPONSE TO COMPLAINT**<br><br>Judge:  The Honorable Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: 8/20/2014<br><br>Previous stipulations or extensions: Yes |

By a stipulation of the parties that was approved and filed by the Court on September 15, 2014 (Doc. 6), a true and correct copy of which is attached hereto as Exhibit A, the time for filing the State of California's (State) response to the Complaint in this matter was extended by 28 days to October 15, 2014. The State's response was then anticipated to be a motion to dismiss, and the stipulation also provided for an extended briefing and hearing schedule for that motion.

By this amended stipulation, the parties agree to maintain the current October 15, 2014 due date for the State's response to the Complaint, which shall be an answer, rather than a motion to

1

dismiss.  The extended briefing schedule and hearing date for the motion to dismiss are therefore no longer required.

Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff Estom Yumeka Maidu Tribe of the Enterprise Rancheria (Enterprise), and Defendant State, through their respective counsels of record, as follows:

1) The due date for the State's response to Enterprise's Complaint (Doc. 1) filed August 20, 2014 (Complaint), which shall be an Answer to the Complaint, shall be extended 28 days from its original due date, and shall be due on or before October 15, 2014.

2) The Court's order granting the parties' stipulation that was filed by the Court on September 15, 2014 (Doc. 6), including the briefing schedule and hearing date stated therein, shall be vacated.

3) Pursuant to the Court's Order Requiring Joint Status Report (Doc. 3), the State and Enterprise will file a Status Report no later than October 27, 2014.

IT IS SO STIPULATED.


Dated:  September 24, 2014            Respectfully submitted,

                                      KAMALA D. HARRIS
                                      Attorney General of California
                                      SARA J. DRAKE
                                      Senior Assistant Attorney General


                                      /s/ NEIL D. HOUSTON

                                      NEIL D. HOUSTON
                                      Deputy Attorney General
                                      *Attorneys for Defendant*

Dated:  September 24, 2014     WILMER CUTLER PICKERING
                               HALE AND DORR LLP


                               /s/ CHRISTOPHER E. BABBITT

                               CHRISTOPHER E. BABBITT
                               *Attorneys for Plaintiff*


Dated:  September 24, 2014     MAIER PFEFFER KIM GEARY &
                               COHEN LLP


                               /s/ JOHN A. MAIER

                               JOHN A. MAIER
                               *Attorneys for Plaintiff*


IT IS SO ORDERED.


Dated:  October 2, 2014

_____
Troy L. Nunley
United States District Judge