1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  THE ESTOM YUMEKA MAIDU TRIBE        No.  2:14-CV-01939-TLN-CKD
    OF THE ENTERPRISE RANCHERIA,
12  CALIFORNIA,

13            Plaintiff,               PRETRIAL SCHEDULING ORDER

14       v.

15  STATE OF CALIFORNIA,

16            Defendant.

17

18       After reviewing the parties' Joint Status Report filed

19  **October 27, 2014**, the Court makes the following Pretrial

20  Scheduling Order.

21       I.    SERVICE OF PROCESS

22       All named Defendants have been served and no further service

23  is permitted without leave of court, good cause having been

24  shown.

25       II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

26       No joinder of parties or amendments to pleadings is

27  permitted without leave of court, good cause having been shown.

28  ///

                              1

1    III.   <u>JURISDICTION/VENUE</u>

2        Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and

3    1391(b).

4    IV.   <u>DISCOVERY</u>

5        In agreeing that no need for additional discovery is

6    indicated at this time, the parties appear to concede that

7    judicial review of agency decisions is limited to the

8    administrative record, unless a need to expand that record is

9    demonstrated by the parties.  See <u>Southwest Center for Biological</u>

10   <u>Diversity v. U.S.</u>, 100 F.3d 1443, 1450 (9th Cir. 1996); see also

11   5 U.S.C. § 706.  Consequently, the Court's review will be limited

12   to the administrative record unless good cause is found for

13   augmentation of that record.  Furthermore, the parties appear to

14   concede that the claims may be properly resolved on cross-motions

15   for judgment on the pleadings pursuant to Federal Rule of Civil

16   Procedure 12(c).  In the event neither party's motion for

17   judgment on the pleadings is granted, the parties shall file an

18   updated joint status report with a proposed discovery plan, date

19   for the production of documents pursuant to Federal Rule of Civil

20   Procedure 26(a)(1)(A)(ii), and a proposed schedule for summary

21   judgment proceedings.

22   V.   <u>MOTION HEARING SCHEDULE</u>

23       The parties have agreed that cross-motions for judgment on

24   the pleadings are appropriate for purposes of resolving this

25   litigation.  As proposed by the parties, these motions will be

26   governed by the following parameters:

27   1.   Plaintiff shall file their Motion for Judgment on the

28   Pleadings no later than **January 12, 2015.**

2.     Defendant shall file their combined Opposition and Cross-Motion for Judgment on the Pleadings no later than **February 12, 2015**.

3.     Plaintiff shall file their combined Opposition and Reply no later than **March 12, 2015**.

4.     Defendant shall file their Reply no later than **March 26, 2015**.

5.     The hearing on the motions is set for **April 9, 2015 at 2:00 p.m.**

6.     A brief statement of facts will be included in the parties' briefs.  No separate statement of facts is required.

7.     Each party's combined briefs shall not exceed a total of 70 pages.

All purely legal issues are to be resolved by timely pretrial motions.  Failure to comply with Local Rules 230 and 260, as modified by this Order, may be deemed consent to the motion and the Court may dispose of the motion summarily. Further, failure to timely oppose a summary judgment motion[1] may result in the granting of that motion if the movant shifts the burden to the nonmovant to demonstrate that a genuine issue of material fact remains for trial.

For the Court's convenience, citations to Supreme Court cases should include parallel citations to the Supreme Court Reporter.

///

///

_____

[1] The Court urges any party that contemplates bringing a motion for summary judgment or who must oppose a motion for summary judgment to review Local Rule 260.

3

1    VI.    <u>TRIAL</u>

2        Since the parties have informed the Court that they intend

3    to adjudicate this matter by way of dispositive motions,

4    therefore, no trial date has been scheduled.

5        VII.   <u>MODIFICATION OF PRETRIAL SCHEDULING ORDER</u>

6        The parties are reminded that pursuant to Rule 16(b) of the

7    Federal Rules of Civil Procedure, the Pretrial Scheduling Order

8    shall not be modified except by leave of court upon a showing of

9    **good cause**.   Agreement by the parties pursuant to stipulation

10   alone to modify the Pretrial Scheduling Order does not constitute

11   good cause.   Except in extraordinary circumstances,

12   unavailability of witnesses or counsel will not constitute good

13   cause.

14       VIII.  <u>OBJECTIONS TO PRETRIAL SCHEDULING ORDER</u>

15       This Pretrial Scheduling Order will become final without

16   further order of the Court unless objections are filed within

17   *fourteen* (14) days of service of this Order.

18       IT IS SO ORDERED.

19   DATED: December 9, 2014

20

21                                    Troy L. Nunley
                                      United States District Judge

22

23

24

25

26

27

28

4