UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 14-cv-01939<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Upon consideration of Plaintiff Estom Yumeka Maidu Tribe of the Enterprise Rancheria's Motion for Judgment on the Pleadings, and finding good cause for the relief requested therein, **IT IS HEREBY ORDERED** that Plaintiff Estom Yumeka Maidu Tribe of the Enterprise Rancheria's Motion for Judgment on the Pleadings is **GRANTED**; and **IT IS FURTHER ORDERED** pursuant to 25 U.S.C. § 2710(d)(7)(B)(iii) that the State of California (the State) and the Estom Yumeka Maidu Tribe of the Enterprise Rancheria (the Tribe) shall conclude a Tribal-State compact governing the conduct of gaming activities within a 60-day period.  If the State and the Tribe fail to conclude such a compact within the 60-day period, the State and Tribe shall each submit to a mediator to be appointed by this Court a proposed compact that represents their last, best offer for a compact, pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  The mediator shall select from the two proposed compacts the one which best comports with the terms of the Indian Gaming Regulatory Act and any other applicable federal law and with the findings and order of this Court, pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  If the State does not consent to the compact selected by the mediator within a 60-day period beginning on the date that the mediator submits

1 the compact to the State, the mediator shall notify the Secretary of the Interior, who shall
2 prescribe, in consultation with the Tribe, the procedures under which the Tribe may conduct
3 gaming on its Indian lands, pursuant to 25 U.S.C. § 2710(d)(7)(B)(vii).  The Court shall retain
4 jurisdiction over this matter to ensure compliance with this Order.

7 Dated: _____                           _____

8                                                                      Troy L. Nunley
9                                                                      United States District Judge

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 14-CV-01939<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on January 12, 2015, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Eastern District of California using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                       */s/ Christopher E. Babbitt*

CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

CERTIFICATE OF SERVICE