DIANE F. BOYER-VINE (SBN: 124182)
    Legislative Counsel
ROBERT A. PRATT (SBN: 137704)
    Principal Deputy Legislative Counsel
CARA L. JENKINS (SBN: 271432)
    Deputy Legislative Counsel
Office of Legislative Counsel
925 L Street, Suite 700
Sacramento, California  95814
Telephone:  (916) 341-8245
Facsimile:  (916) 341-8290

Attorneys for Amicus Curiae
California State Legislature

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | CASE NO. 2:14-cv-01939-TLN-CKD<br><br>ORDER GRANTING APPLICATION OF THE CALIFORNIA STATE LEGISLATURE FOR LEAVE TO FILE AMICUS CURIAE BRIEF<br><br>Judge:　　　Hon. Troy L. Nunley<br>Action Filed: August 20, 2014 |

ORDER

The application of the California State Legislature for permission to file a brief as amicus curiae having been read and filed, and good cause appearing therefor,

IT IS HEREBY ORDERED that the California State Legislature be, and hereby is, permitted to file a brief as amicus curiae herein;

IT IS HEREBY ORDERED that the amicus curiae brief be served on all the parties to this case and filed by March 6, 2015; and

//

//

PERMISSION IS HEREBY GRANTED to any party to serve and file an answering brief within 30 days thereafter.

Dated:  March 4, 2015

Troy L. Nunley
United States District Judge