DANIELLE SPINELLI (*pro hac vice*)
CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail:  christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail:  jmaier@jmandmplaw.com

Attorneys for Plaintiff
THE ESTOM YUMEKA MAIDU TRIBE OF THE
ENTERPRISE RANCHERIA, CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 14-cv-01939<br><br>**JOINT STATUS REPORT AND REQUEST FOR THE APPOINTMENT OF ZELA G. CLAIBORNE AS MEDIATOR** |

The parties—plaintiff the Estom Yumeka Maidu Tribe of the Enterprise Rancheria, California (Enterprise or the Tribe) and defendant the State of California—hereby submit the following joint statement regarding the status of this case and request for the appointment of Zela G. Claiborne as mediator.

1. On February 16, 2016, this Court entered its Memorandum and Order on the parties' cross-motions for judgment on the pleadings, finding that the State of California had failed to negotiate in good faith in order to conclude a tribal-state gaming compact and disposing of all

- 2 -

1 the parties' claims and defenses.  *See* ECF No. 27 (Feb. 17, 2016).  As contemplated by the Indian
2 Gaming Regulatory Act (IGRA), this Court ordered the parties "to proceed pursuant to the
3 remedial process set forth in the IGRA, 25 U.S.C. § 2710(d)(7)(B)(iii)-(vii).  As the immediate
4 remedy, Defendant and Plaintiff are ordered to conclude a gaming compact within 60 days.
5 § 2710(d)(7)(B)(iii)."  ECF No. 27, at 23.

6    2.    Since the Court's entry of the Order, the parties have negotiated for a gaming
7 compact over a period of 60 days.  However, the statutorily prescribed 60-day period expired on
8 April 18, 2016, and the parties have failed to conclude a compact.

9    3.    As the next step in its remedial process, IGRA provides:  "If a State and an Indian
10 tribe fail to conclude a Tribal-State compact governing the conduct of gaming activities on the
11 Indian lands subject to the jurisdiction of such Indian tribe within the 60-day period provided in
12 the order of a court issued under [25 U.S.C. § 2710(d)(7)(B)(iii)], the Indian tribe and the State
13 shall each submit to a mediator appointed by the court a proposed compact that represents their
14 last best offer for a compact.  The mediator shall select from the two proposed compacts the one
15 which best comports with the terms of this chapter and any other applicable Federal law and with
16 the findings and order of the court."  25 U.S.C. § 2710(d)(7)(B)(iv).

17    4.    Because the parties have failed to conclude a compact, IGRA requires the Court to
18 select a mediator and to order the Tribe and the State each to submit "a proposed compact that
19 represents their last better offer for a compact."  25 U.S.C. § 2710(d)(7)(B)(iv).

20    5.    The parties have jointly agreed to the selection of Zela G. Claiborne as the
21 mediator.  Ms. Claiborne has advised that she is available to act as a mediator in this matter and is
22 available to meet with the parties on May 2, 2016.  A copy of her curriculum vitae is attached as
23 Exhibit A.

24    6.    The parties jointly request that the Court appoint Ms. Claiborne to serve as the
25 mediator pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).

26    7.    The parties will provide the Court with a status report on or before July 1, 2016.

DATED: April 22, 2016                     Respectfully submitted,

By: */s/ Christopher E. Babbitt*

DANIELLE SPINELLI (*pro hac vice*)
CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail:  christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail:  jmaier@jmandmplaw.com

Attorneys for Plaintiff
THE ESTOM YUMEKA MAIDU TRIBE OF THE
ENTERPRISE RANCHERIA, CALIFORNIA

By: */s/ Neil D. Houston*

KAMALA D. HARRIS (SBN 146672)
Attorney General
SARA J. DRAKE (SBN 102565)
Senior Assistant Attorney General
JAMES G. WAIAN (SBN 152084)
Deputy Attorney General
NEIL D. HOUSTON (SBN 168058)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244
Telephone:  (916) 322-5476
Facsimile:  (916) 323-2319
E-mail:  Neil.Houston@doj.ca.gov

Attorneys for Defendant
THE STATE OF CALIFORNIA

- 3 -

JOINT STATUS REPORT AND REQUEST FOR THE APPOINTMENT OF MEDIATOR