DANIELLE SPINELLI (*pro hac vice*)
CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA 94612
Telephone: (510) 835-3020
Facsimile: (510) 835-3040
E-mail: jmaier@jmandmplaw.com

Attorneys for Plaintiff
THE ESTOM YUMEKA MAIDU TRIBE OF THE
ENTERPRISE RANCHERIA, CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 14-cv-01939<br><br>**JOINT STATUS REPORT** |

The parties—plaintiff the Estom Yumeka Maidu Tribe of the Enterprise Rancheria, California (Enterprise or the Tribe) and defendant the State of California—hereby submit the following joint statement regarding the status of this case, as ordered by the Court. *See* ECF No. 31 (April 25, 2016).

1. On February 16, 2016, this Court entered its Memorandum and Order on the parties' cross-motions for judgment on the pleadings, finding that the State of California had failed to negotiate in good faith to conclude a tribal-state gaming compact. *See* ECF No. 27 (Feb. 17,

2016).  As contemplated by the Indian Gaming Regulatory Act (IGRA), this Court ordered the parties "to proceed pursuant to the remedial process set forth in the IGRA, 25 U.S.C. § 2710(d)(7)(B)(iii)-(vii).  As the immediate remedy, Defendant and Plaintiff are ordered to conclude a gaming compact within 60 days.  § 2710(d)(7)(B)(iii)."  ECF No. 27, at 23.

2. After the Court's entry of the Order, the parties negotiated in an effort to conclude a new tribal-state gaming compact.  However, the statutorily prescribed 60-day period expired on April 18, 2016, and the parties failed to conclude a compact.

3. As the next step in its remedial process, IGRA provides:  "If a State and an Indian tribe fail to conclude a Tribal-State compact governing the conduct of gaming activities on the Indian lands subject to the jurisdiction of such Indian tribe within the 60-day period provided in the order of a court issued under [25 U.S.C. § 2710(d)(7)(B)(iii)], the Indian tribe and the State shall each submit to a mediator appointed by the court a proposed compact that represents their last best offer for a compact.  The mediator shall select from the two proposed compacts the one which best comports with the terms of this chapter and any other applicable Federal law and with the findings and order of the court."  25 U.S.C. § 2710(d)(7)(B)(iv).

4. Accordingly, on April 21, 2016, the parties jointly requested that the Court appoint Zela G. Claiborne to serve as the mediator pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  ECF No. 29.  On April 25, 2016, the Court appointed Ms. Claiborne as mediator.  ECF No. 31.

5. The State and Enterprise each submitted proposed compacts representing their last best offers to the mediator.  On May 3, 2016, the mediator notified the parties that she had selected Enterprise's proposed compact as the one that best comports with the law and the orders of the court.

6. Under IGRA's remedial process, the State has 60 days to consent to the proposed compact selected by the mediator, failing which the Secretary of the Interior "shall prescribe" class III gaming procedures "consistent with the proposed compact selected by the mediator …, the provisions of [IGRA], and the relevant provisions of the laws of the State."  25 U.S.C. § 2710(d)(7)(B)(v)-(vii).  As the mediator submitted the proposed compact to the State on May 3,

1  2016, the 60-day period will expire on July 2, 2016.  Pursuant to 25 U.S.C. § 2710(d)(7)(B)(vii), if
2  the State does not consent to the proposed compact by July 5, 2016 (the first business day
3  following July 2), the mediator will notify the Secretary and forward the selected compact to the
4  Secretary, who will then prescribe class III gaming procedures.
5     7.   The parties will provide the Court with an updated status report on or before
6  October 1, 2016.

| | |
|---|---|
| 1  DATED:  July 1, 2016 | Respectfully submitted, |
| 2 | By:  /s/  Christopher E. Babbitt |
| 3 | |
| 4 | DANIELLE SPINELLI (*pro hac vice*)<br>CHRISTOPHER E. BABBITT (SBN 225813) |
| 5 | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 6 | 1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006 |
| 7 | Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363 |
| 8 | E-mail:  christopher.babbitt@wilmerhale.com |
| 9 | JOHN A. MAIER (SBN 191416) |
| 10 | MAIER PFEFFER KIM GEARY & COHEN LLP<br>1440 Broadway, Suite 812 |
| 11 | Oakland, CA  94612<br>Telephone:  (510) 835-3020 |
| 12 | Facsimile:  (510) 835-3040<br>E-mail:  jmaier@jmandmplaw.com |
| 13 | |
| 14 | Attorneys for Plaintiff<br>THE ESTOM YUMEKA MAIDU TRIBE OF THE |
| 15 | ENTERPRISE RANCHERIA, CALIFORNIA |
| 16 | By:  /s/  Neil D. Houston |
| 17 | KAMALA D. HARRIS (SBN 146672) |
| 18 | Attorney General<br>SARA J. DRAKE (SBN 102565) |
| 19 | Senior Assistant Attorney General<br>JAMES G. WAIAN (SBN 152084) |
| 20 | Deputy Attorney General<br>NEIL D. HOUSTON (SBN 168058) |
| 21 | Deputy Attorney General |
| 22 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 23 | Sacramento, CA  94244<br>Telephone:  (916) 322-5476 |
| 24 | Facsimile:  (916) 323-2319<br>E-mail:  Neil.Houston@doj.ca.gov |
| 25 | |
| 26 | Attorneys for Defendant<br>THE STATE OF CALIFORNIA |
| 27 | |
| 28 | |