DANIELLE SPINELLI (*pro hac vice*)
CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail:  christopher.babbitt@wilmerhale.com

JOHN A. MAIER (SBN 191416)
MAIER PFEFFER KIM GEARY & COHEN LLP
1440 Broadway, Suite 812
Oakland, CA  94612
Telephone:  (510) 835-3020
Facsimile:  (510) 835-3040
E-mail:  jmaier@jmandmplaw.com

Attorneys for Plaintiff
THE ESTOM YUMEKA MAIDU TRIBE OF THE
ENTERPRISE RANCHERIA, CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>      Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>      Defendant. | Case No. 2:14-cv-01939-TLN-CKD<br><br>**NOTICE OF ISSUANCE OF SECRETARIAL PROCEDURES** |

1    Plaintiff the Estom Yumeka Maidu Tribe of the Enterprise Rancheria, California
2 (Enterprise) respectfully submits this notice to inform the Court that on August 12, 2016, the U.S.
3 Department of the Interior issued Secretarial Procedures under which Enterprise may conduct
4 Class III gaming on its Indian lands consistent with the Indian Gaming Regulatory Act (IGRA).
5 *See* Exhibit A.

6    The purposes of the remedial cause of action that IGRA provides tribes in Enterprise's
7 position have now been fulfilled:  Following this Court's February 16, 2016 ruling, Enterprise and
8 the State returned to the bargaining table and then pursued mediation—and when the parties were
9 unable to reach agreement, the matter was referred to the Secretary of the Interior, who fulfilled
10 her statutory mandate to issue Secretarial Procedures.

11    With those procedures now issued, North Fork respectfully submits that this case should be
12 closed.  *See* Order, *North Fork Rancheria of Mono Indians of California v. State of California*,
13 No. 1:15-cv-419, Dkt. No. 46, at 15 (Aug. 10, 2016) (order in good-faith litigation, after issuance
14 of Secretarial Procedures, that "Clerk of the Court is respectfully directed to close this case");
15 Order, *Rincon Band of Luiseno Mission Indians of Rincon Reservation v. Schwarzenegger*, No.
16 3:04-cv-1151, Dkt. No. 328 (S.D. Cal. Feb. 7, 2014) (order in good-faith litigation, after issuance
17 of Secretarial Procedures, that "the instant matter be closed").[1]

---

[1] In the other Enterprise litigation before this Court, there is still pending a motion for reconsideration of this Court's September 23, 2015 order granting summary judgment in favor of the U.S. Department of the Interior and Enterprise, which was filed on October 22, 2015 and fully briefed in December 2015.  *See* Order, *Citizens for a Better Way, et al. v. United States Dep't of the Interior, et al.*, No 2:12-cv-3021-TLN-AC, Dkt. No. 168 (E.D. Cal. Sept. 24, 2015) (order granting summary judgment); Plaintiff Colusa Indian Community's Motion for Reconsideration, *Cachil Dehe Band of Wintun Indians of the Colusa Indian Cmty. v. Jewell*, No 2:12-cv-3021-TLN-AC, Dkt. No. 170 (E.D. Cal. Oct. 22, 2015) (motion for reconsideration).

| | | |
|---|---|---|
| 1 | DATED:  August 15, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  /s/  Christopher E. Babbitt |
| 4 | | DANIELLE SPINELLI (*pro hac vice*) |
| | | CHRISTOPHER E. BABBITT (SBN 225813) |
| 5 | | WILMER CUTLER PICKERING |
| | |   HALE AND DORR LLP |
| 6 | | 1875 Pennsylvania Avenue, N.W. |
| | | Washington, D.C.  20006 |
| 7 | | Telephone:  (202) 663-6000 |
| | | Facsimile:  (202) 663-6363 |
| 8 | | E-mail:  christopher.babbitt@wilmerhale.com |
| 9 | | |
| | | JOHN A. MAIER (SBN 191416) |
| 10 | | MAIER PFEFFER KIM GEARY & COHEN LLP |
| | | 1440 Broadway, Suite 812 |
| 11 | | Oakland, CA  94612 |
| | | Telephone:  (510) 835-3020 |
| 12 | | Facsimile:  (510) 835-3040 |
| | | E-mail:  jmaier@jmandmplaw.com |
| 13 | | |
| 14 | | Attorneys for Plaintiff |
| | | THE ESTOM YUMEKA MAIDU TRIBE OF THE |
| 15 | | ENTERPRISE RANCHERIA, CALIFORNIA |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTOM YUMEKA MAIDU TRIBE OF THE ENTERPRISE RANCHERIA, CALIFORNIA,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA,<br><br>            Defendant. | Case No. 2:14-cv-01939-TLN-CKD<br><br>**CERTIFICATE OF SERVICE** |

I certify that on August 15, 2016, I electronically filed Enterprise's Notice of Issuance of Secretarial Procedures by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:   */s/ Christopher E. Babbitt*

CHRISTOPHER E. BABBITT (SBN 225813)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail: christopher.babbitt@wilmerhale.com